```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JEANNINE PRESLEY, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF GEORGE PRESLEY, DECEASED,
AND SHELTER INSURANCE COMPANY AS
SUBROGEE OF JEANNINE PRESLEY AND
GEORGE PRESLEY                                                    PLAINTIFFS

    vs.                Case No. 06-5160

LAKEWOOD ENGINEERING AND
MANUFACTURING COMPANY                                             DEFENDANT

### O R D E R

On this 3RD day of October, 2007, comes on to be considered **Defendant's Motion to Strike Plaintiffs' Untimely Rebuttal Reports and Supplemental Discovery Responses (doc. 30).** Being well and sufficiently advised, and considering that plaintiffs' counsel agreed to the motion during a telephone conference call held on this date, the Court finds and orders that the motion should be, and it hereby is, **granted.**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE